NOT DESIGNATED
FOR PUBLICATION

## COURT OF APPEAL, FIRST CIRCUIT
## STATE OF LOUISIANA

RE: Docket Number 2019-KA-0195

State Of Louisiana

- - Versus - -

Donald Crochet

17th Judicial District Court
Case #: 546870
Lafourche Parish

On Application for Rehearing filed on 12/24/2019 by Donald Crochet

Rehearing _____ **DENIED**_____

_____
J. Michael McDonald

_____
Mitchell R. Theriot

_____
Wayne Ray Chutz

Date __JAN 0 9 2020_____

_____
Rodd Naquin, Clerk